IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIFY MICHAEL CREDICO : CIVIL ACTION

v. :

ASHDEN FEIN : NO. 13-4523

O R D E R

AND NOW, this 22nd day of October, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Justin Michael Credico, #42438, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at the Chester County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-4523.

3. The complaint is DISMISSED as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons discussed in the Court's Memorandum.

4. The Clerk of Court is directed to send a copy of

this order to the Warden of the Chester County Prison.

     5. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Juan R. Sánchez*
JUAN R. SÁNCHEZ, J.

**ENTERED**

OCT 22 2013

**CLERK OF COURT**